**No. 60547.**—Judson-Sheldon Corp. *v.* United States, protest 114185–K/181 (Chicago).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish viscera oil similar in all material respects to that the subject of *Geo. S. Bush & Co., Inc., et al.* v. *United States* (42 C. C. P. A. 190, C. A. D. 592), the claim of the plaintiff was sustained.

**No. 60548.**—William Bram et al. *v.* United States, protests 282847–K(B), etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "B" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "C" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

BEFORE THE SECOND DIVISION, MARCH 5, 1957

**No. 60549.**—Air Clearance Ass'n, Inc. *v.* United States, protest 261077–K (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.